Robert M. Kitson (SBN 214091)
LITT, ESTUAR & KITSON, LLP
1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90017
Telephone: (213) 386-3114
Facsimile: (213) 380-4585
E-Mail: rkitson@littlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MOORE, et. al.<br><br>Plaintiff,<br><br>vs.<br><br>ROADWAY EXPRESS, INC.<br>(N.K.A. YRC, INC.) et al.,<br><br>Defendants. | Case No.: EDCV 09-1588 RBL<br>[Hon. Ronald B. Leighton, by Designation]<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

## **ORDER**

The Court, having received notice that the parties have settled the instant action, hereby ORDERS that the action be dismissed with prejudice. The parties are to bear their own costs.

DATED: July 18, 2011

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE